IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 17-40107 |
| RONALD SHAWN HASS, et al., | ) ) ) |
| Defendant. | ) |

### JOINT REQUEST FOR A CHANGE OF PLEA HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and Defendant Ronald Shawn Hass, by and through his attorney Robert J. Hills, to request that the Court schedule a hearing for the change of Mr. Hass's plea, at a time prior to the currently-scheduled pretrial conference.

Respectfully Submitted,

John E. Childress
United States Attorney

By:  /s/ Kevin C. Knight
Assistant United States Attorney
1830 2nd Avenue, Suite 250
Rock Island, IL 61201

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2018, I electronically filed the foregoing materials with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participant(s) in the case.

                                        */s/ Kevin C. Knight*
                                        Assistant United States Attorney